```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                              )     CASE NO: 07-43486-399
                                    )
MURIEL C SHARPLEY                   )
                                    )     CHAPTER 13
GINA J SHARPLEY                     )
                                    )
                  DEBTOR(S)         )


               LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
EZ PAYDAY LOAN
11821 ADIE RD                       $              14.16

MARYLAND HEIGHTS MO
159610              63043


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: October 29, 2010              JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com
```